Berman, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| CILP ASSOCIATES, L.P. and COHEN POOLED ASSETS, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> LIPPER CONVERTIBLES, L.P., LIPPER HOLDINGS, LLC, LIPPER & COMPANY, L.P. KENNETH LIPPER, ABRAHAM BIDERMAN, and PRICEWATERHOUSECOOPERS LLP. <br><br> Defendants. | Case No. 03 CV 2632 (RB) |
| ANDREW E. LEWIN, individually and as Trustee of the Regina Gruss Trust f/b/o Andrew Lewin, CLEMENT LEWIN, as Trustee of the Regina Gruss Trust f/b/o Andrew Lewin, and MARINA LEWIN, in their individual capacity and derivatively on behalf of Lipper Convertibles, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> LIPPER CONVERTIBLES, L.P., LIPPER HOLDINGS, LLC, LIPPER & COMPANY, L.P. KENNETH LIPPER, ABRAHAM BIDERMAN, and PRICEWATERHOUSECOOPERS LLP. <br><br> Defendants. | Case No. 03 CV 1117 (RB) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned actions are voluntarily dismissed, with prejudice, against Defendant PricewaterhouseCoopers LLP pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
March _13_, 2014

_____
DANIEL W. KRASNER
ERIC B. LEVINE
GREGORY M. NESPOLE
STEPHEN H. OREL
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Attorneys for Plaintiffs*

_____
J. PETER COLL, JR.
STEVEN J. FINK
KRISTEN R. FOURNIER
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

*Attorneys for Defendant PricewaterhouseCoopers LLP*

On Consent,
Clerk to close the case
SO ORDERED:
_____RMB_____
RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **3/26/14**